UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR ORTIZ, in his capacity as the Temporary
Administrator for the Estate of VICKY ORTIZ
Individually and on behalf of all others similarly
situated,

                Plaintiffs,                  17 **CIVIL** 4039 (DLC)

      -against-                         **JUDGMENT**

CIOX HEALTH LLC, as successor in interest of
IOD INC., and THE NEW YORK AND
PRESBYTERIAN HOSPITAL,
                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated May 7, 2019, Defendants' October 31, 2018 motions for judgment on the pleadings are granted; accordingly, the case is closed.

**Dated:**  New York, New York
           May 7, 2019

                                    RUBY J. KRAJICK
                                    Clerk of Court
                BY:
                                    Deputy Clerk

                                    THIS DOCUMENT W...
                                    ON THE DOCKET...  5/7/2019